**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case No. 1:07CR00016 |
| v. | ) | **ORDER** |
| | ) | |
| **LEONARD ANDRE HUDSON,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Order, it is **ORDERED** that the Motion to Dismiss (ECF No. 111) is GRANTED; the defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 (ECF No. 105) is DENIED as untimely filed, the Motion to Amend (ECF No. 114) is DENIED as untimely filed; and the § 2255 proceeding is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: December 19, 2012

/s/ James P. Jones
United States District Judge